IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFREY L. STOOPS, :
:
Plaintiff(s), :
: Case Number: 1:06cv630
vs. :
: District Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on April 3, 2008(Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 23, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court ORDERS that the §406(b)(1)(A) Motion for Attorney Fees (Doc. 12) is GRANTED and that counsel is AWARDED $8,705.25 in fees.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge